

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITA JAMES
ATTORNEY GENERAL

DIVISION OF REGIONAL OFFICES
ROCHESTER REGIONAL OFFICE

July 6, 2021

Hon. Elizabeth Wolford
United States District Judge, WDNY
100 State Street
Rochester, New York 14614

      Re:    Matagrano v. Levitt, 21-CV-6415

Dear Judge Wolford:

      I was assigned this case late last week and have not yet had a chance to review the file or speak with most of my clients. A review of PACER indicated that responses are due today. I have contacted opposing counsel and she has graciously agreed to my request to extend the deadline to file an answer or responsive motion by 30 days. I respectfully ask the Court to extend the deadline to respond to the Complaint for the served Defendants to August 6, 2021.

      Very truly yours,

      s/ Hillel Deutsch
      HILLEL DEUTSCH
      Assistant Attorney General

SO ORDERED

Hon. Elizabeth A. Wolford
Dated: July 6, 2021

HD:cs
cc: Amy Agnew, Esq.