**LAW OFFICE OF AMY JANE AGNEW, P.C.**

Hon. Elizabeth A. Wolford
Chief Judge, Western District of New York
Kenneth B. Keating Federal Building
100 State Street
Rochester, New York

February 28, 2023

<u>**VIA ECF**</u>

**Re:**   *Matagrano v. Levitt, et al., 21-cv-6415*

Dear Judge Wolford:

I serve as counsel to Plaintiff, Matthew Matagrano, in the above-referenced matter.  I write to respectfully request that the Court issue an order directing the Clerk of Court to remove docket number 36 with all attachments from the public docket.  The Declaration of Hillel Deutsch in support of Defendants' Motion for Summary Judgment contains several deposition transcripts with excerpts designated, "Attorneys' Eyes Only," pursuant to a confidentiality stipulation and order entered in *Jude v. NYS DOCCS, et al*., 21-cv-0654 pending before Judge Vilardo.  *Jude v. NYS DOCCS, et al.,* 21-cv-0654 (LJV) at Dkt. No. 150.  For the convenience of DOCCS' employees, this office often takes depositions of witnesses and/or parties in one deposition session for multiple cases – as was done for the depositions of Stewart Eckert and Margaret Stirk.

I serve as *pro bono* counsel to the Plaintiff in the *Jude* litigation.  While I am the last civil rights lawyer to agree to confidentiality designations with DOCCS, there are rare times when I believe such designations are both appropriate and in the best interests of both DOCCS and many of my clients in custody.  The "AEO" designations were applied under just those circumstances and with considered intent.  Mr. Deutsch was privy to the designations as they were applied while counsel for DOCCS and its employees in both *Jude* and *Matagrano* were present.  Those sections of the transcripts should not be in the public domain as indicated on the top of the transcript pages.  Whether Mr. Deutsch wishes to refile the documents with appropriate redactions is up to him, but this office respectfully requests that the Clerk remove the transcripts from public viewing.

Very truly yours,

*/s/ AJ Agnew*

Amy Jane Agnew, Esq.
*Counsel for Plaintiff*

Cc:    Counsel of Record (VIA ECF)
       Darren Longo, Esq., Assistant Attorney General

24 Fifth Avenue, Suite 1701       New York, NY 10011       (973) 600-1724       aj@ajagnew.com